EGBERT,
*Appellant,*
*v.*
PENK et al,
*Defendants,*
EGBERT,
*Respondent.*

(No. A8104-02371, CA A22342)

646 P2d 639

Michael J. Kavanaugh, Portland, argued the cause for appellant. With him on the brief was Lekas & Dicey, Portland.

William A. Masters, Portland, argued the cause for respondent. With him on the brief was Mitchell, Land & Smith, Portland.

Before Gillette, Presiding Judge, and Warden and Young, Judges.

PER CURIAM.

## PER CURIAM

This was an action for personal injuries brought by a child against her mother, *inter alia*.[1] The mother's liability was allegedly based upon simple negligence. The trial court granted summary judgment to the mother. The child appeals. We affirm, based upon the established doctrine that an action will not lie in these circumstances for mere negligence. *Cowgill v. Adm'r v. Boock, Adm'r,* 189 Or 282, 218 P2d 445 (1950).

Affirmed.

---

[1] Other aspects of the case are not before us.